■■ In the Matter of Arbitration between BELLEVILLE HENDERSON CENTRAL SCHOOL DISTRICT, Respondent, and ELWOOD LYNDAKER, as President of Belleville Henderson Teachers' Association, Appellant. [668 NYS2d 969] —Order unanimously affirmed without costs (*see, Matter of Indian River Cent. School Dist. [Passino]*, 247 AD2d 838 [decided herewith]). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Arbitration.) Present—Green, J. P., Hayes, Callahan, Balio and Fallon, JJ.

■■ In the Matter of NIAGARA FALLS FIRE DEPARTMENT OFFICERS ASSOCIATION, by its President, WILLIAM WOODCOCK, JR., Respondent, v RICHARD SHIAH, as Fire Chief of Niagara Falls Fire Department, et al., Appellants. [668 NYS2d 970] —Judgment unanimously reversed on the law without costs and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Supreme Court erred in granting the petition to enjoin the appointment of firefighters to the position of fire captain on a temporary basis and in declaring that such appointments contravened Civil Service Law § 61 (2) and NY Constitution, article V, § 6. The record presents factual issues whether the appointments were made lawfully pursuant to Civil Service Law § 64 (*cf., Matter of Niagara Falls Fire Dept. Officers Assn. v Bowser*, 145 AD2d 907), and that issue should not have been decided without a hearing (*see*, CPLR 7804 [h]). Thus, we remit the matter to Supreme Court for a hearing. (Appeal from Judgment of Supreme Court, Niagara County, Fahey, J.—CPLR art 78.) Present—Green, J. P., Hayes, Callahan, Balio and Fallon, JJ.